## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

       Plaintiff,

vs.

THE UNIDENTIFIED, WRECKED AND
(FOR FINDERS-RIGHT PURPOSES)
ABANDONED SAILING VESSEL,
if any, apparel, tackle, appurtenances and
cargo located within center point coordinates:
to be provided to the Court under seal at the
Court's request
         *in rem,*

       Defendant(s).

_____ /

CIVIL ACTION

Case No.: 8:08-CV-1044-T-23-TBM

### ORDER DIRECTING THE ISSUANCE OF A WARRANT OF ARREST

Pursuant to Supplemental Rule (C)(3) and Local Admiralty Rule 7.03(b)(1), the Clerk is

directed to issue a warrant of arrest in the above-styled action.

DONE and ORDERED at Tampa, Florida, this _____ day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

40250436(25C)

Dockets.Justia.com