IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ODYSSEY MARINE EXPLORATION, INC. : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | Case No.: 8:08-cv-01044-SDM-TBM |
| THE UNIDENTIFIED, WRECKED AND : | |
| (FOR FINDERS-RIGHT PURPOSES) : | |
| ABANDONED SAILING : | |
| VESSEL, if any, its apparel, tackle, : | |
| appurtenances and cargo located within : | |
| center point coordinates: to be provided : | |
| to the Court under seal at the Court's request : | |
| : | |
| *in rem* : | |
| : | |
| Defendant(s). : | |

**CONSENT AND INDEMNIFICATION AGREEMENT FOR THE
APPOINTMENT OF A SUBSTITUTE CUSTODIAN**

Plaintiff, Odyssey Marine Exploration, Inc., by and through its undersigned attorneys, and as the proposed Substitute Custodian, hereby expressly releases the U.S. Marshal for this District, and the U.S. Marshal's Service, from any and all liability and responsibility for the care and custody of the Unidentified Shipwrecked Vessel, its apparel, tackle, appurtenances and cargo located within the English Channel at a depth of less than 200 meters and for all artifacts recovered therefrom while in the hands of the Substitute Custodian, Odyssey Marine Exploration, Inc.

Plaintiff and Substitute Custodian, Odyssey Marine Exploration, Inc., also expressly agrees to hold the U.S. Marshal for this District and the U.S. Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiff.

SIGNED this 19th day of June, 2008, at Tampa, Florida.

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313

Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
mmacconnel@shipwreck.net

Attorneys for Plaintiff

40256028(25C)