UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                                  CASE NO: 8:08-cv-1044-T-23TBM

UNIDENTIFIED, WRECKED, AND
ABANDONED SAILING VESSEL,

    Defendant.
_____/

## ORDER

For purposes of judicial economy and consistency with related cases (nos. 8:06-cv-1685-T23MAP, 8:07-cv-614-T23MAP, and no. 8:07-cv-616-T23MAP), the clerk is directed to designate Magistrate Judge Mark A. Pizzo as the magistrate assigned to this case.

ORDERED in Tampa, Florida, on September 5, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE