UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                CASE NO: 8:08-cv-1044-T-23MAP

UNIDENTIFIED, WRECKED, AND
ABANDONED SAILING VESSEL,

    Defendant.
_____/

## **ORDER**

The plaintiff moves (Doc. 9) for a preliminary injunction. Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff's motion is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for a report and recommendation if granted, and for disposition if denied.

ORDERED in Tampa, Florida, on September 10, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE