UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                  CASE NO: 8:08-cv-1044-T-23MAP

UNIDENTIFIED, WRECKED, AND
ABANDONED SAILING VESSEL,

    Defendant.

_____/

## **ORDER**

The plaintiff moves (Doc. 9) "to approve notice of action in rem and arrest." (Doc. 16) Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff's motion (Doc. 16) is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for disposition.

ORDERED in Tampa, Florida, on January 15, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE