## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.          :
                                           :

               Plaintiff,          :          CIVIL ACTION

v.          :          Case No. 8:08-cv-01044-SDM-TGW

THE UNIDENTIFIED, SHIPWRECKED          :
VESSEL, its apparel, tackle, appurtenances and          :
cargo located within a 5 mile radius of the center          :
point coordinates: to be provided to the Court under :
seal at the Court's request, *in rem*          :

                Defendant(s).          :
_____/ :

### ORDER

    **BEFORE THE COURT** is Plaintiff's Motion to Approve Notice of Action in Rem and Arrest (Dkt. *16* ). Upon consideration, it is **ORDERED AND ADJUDGED:**

    1)    Plaintiff's Motion to Approve Notice of Action in Rem and Arrest (Dkt. *16* ) is **GRANTED.**

    2)    Plaintiff shall cause the proposed Notice (Dkt. *15* ) to be published within thirty (30) days from entry of this Order in The Tampa Tribune and in the London Times.

    **DONE AND ORDERED** at Tampa, Florida, on January *20*, 2009.

                           *Mark A. Pizzo*
                             _____
                             MARK A. PIZZO
                             UNITED STATES MAGISTRATE JUDGE

cc: Hon. Steven D. Merryday
    Counsel of Record