IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

| | |
|---|---|
| ODYSSEY MARINE EXPLORATION, INC. : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | Case No. 8:08-cv-01044-SDM-TGW |
| THE UNIDENTIFIED, SHIPWRECKED : VESSEL, its apparel, tackle, appurtenances and cargo located within a 5 mile radius of the center : point coordinates: to be provided to the Court under : seal at the Court's request, *in rem* : | |
| Defendant(s). : | |

## NOTICE OF FILING AFFIDAVITS OF PUBLICATION OF NOTICE OF ARREST

As indicated by the attached Affidavits, notice of this action was published in The Tampa Tribune (Exhibit A) and The London Times (Exhibit B) within 30 days of the Court's order dated and entered January 20, 2009 (Dkt. 18.)[1]

Dated: Feb 9, 2009

Allen von Spiegelfeld – FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
Banker Lopez Gassler P.A.
501 E. Kennedy Blvd.
Suite 1500
Tampa, Florida 33602
Phone: (813) 221-1500
Facsimile: (813) 222-3066

---
[1] Copies of the notice published in the London Times are attached to the affidavit.

-and-

Melinda J. MacConnel - FBN 871151
mmacconnel@shipwreck.net
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
Phone: (813) 876-1776, ext. 2240
Fax: (813) 830-6609

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed by use of the CM/ECF system on February 9, 2009.

                                              Allen von Spiegelfeld - FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
Banker Lopez Gassler P.A.
501 E. Kennedy Blvd.
Suite 1500
Tampa, Florida 33602
Phone: (813) 221-1500
Facsimile: (813) 222-3066

-and-

Melinda J. MacConnel - FBN 871151
mmacconnel@shipwreck.net
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
Phone: (813) 876-1776, ext. 2240
Fax: (813) 830-6609

Attorneys for Plaintiff