IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.        :
                                        :
                   Plaintiff,           :   CIVIL ACTION
                                        :
         v.                             :   Case No. 8:08-cv-01044-SDM-TGW
                                        :
THE UNIDENTIFIED, SHIPWRECKED           :
VESSEL, its apparel, tackle, appurtenances and :
cargo located within a 5 mile radius of the center :
point coordinates: to be provided to the Court under :
seal at the Court's request, *in rem*   :
                                        :
                   Defendant.           :
_____/:

## MOTON FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, above named, respectfully quests the Clerk to enter default against the Defendant above named and all claimants who have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as amended, in that any and all claimants were required to plead or otherwise defend on or before March 24, 2009, and have failed to do so.

Plaintiff filed notice in the *Tampa Tribune* on January 23, 2009, requiring claims to be filed within 60 days.

Plaintiff filed notice in the *London Times* on January 23, 2009, requiring claims to be filed within 60 days.

## MEMORANDUM IN SUPPORT

Rule 55(a) of the Federal Rules of Civil Procedure, as amended, provides that when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise

defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default.

WHEREFORE, it is respectfully requested that a default be entered against any and all claimants who have failed to plead or otherwise defend.

Respectfully submitted,

Allen von Spiegelfeld – FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd.
Suite 1500
Tampa, Florida 33602
(813) 221-1500
Facsimile: (813) 222-3066

and

Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff

Date: July 29, 2009