# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ODYSSEY MARINE EXPLORATION, INC.,**

       **Plaintiff,**

-vs-                            Case No.  8:08-cv-1044-T-23MAP

**THE UNIDENTIFIED, SHIPWRECKED VESSEL, its apparel, tackle, appurtenances and cargo located within a 5 mile radius of the center point coordinates; to be provided to the Court under seal the Court's request, in rem,**

       **Defendant.**
_____/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **THE UNIDENTIFIED, SHIPWRECKED VESSEL, its apparel, tackle appurtenances and cargo located within the center point coordinates provided to the Court under seal, in rem, and any and all claimants who failed to plea or otherwise defend** on this 30th day of July, 2009, at Tampa, Florida.

                                                      SHERYL L. LOESCH, CLERK

                                                      */s/ Ariel Guzman*
                                                By:   Ariel Guzman, Deputy Clerk

Copies furnished to:

Counsel of Record