UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                                                          CASE NO: 8:08-cv-1044-T-23MAP

UNIDENTIFIED, WRECKED, AND
ABANDONED SAILING VESSEL,

    Defendant.
_____/

## **ORDER TO SHOW CAUSE**

On July 30, 2009, the Clerk entered default (Doc. 21) against the defendant "the unidentified, shipwrecked vessel, its apparel, tackle appurtenances and cargo located within the center point coordinates provided to the Court under seal, in rem, and any and all claimants who failed to plea or otherwise defend." Notwithstanding the default, the plaintiff fails to move for default judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure. Accordingly, on or before **Friday, January 8, 2010**, the plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute pursuant to Local Rule 3.10. Failure to comply with this order will result in dismissal of this case without further notice.

ORDERED in Tampa, Florida, on December 29, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

xc:    Magistrate Judge