UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                  CASE NO: 8:08-cv-1044-T-23MAP

UNIDENTIFIED, WRECKED, AND
ABANDONED SAILING VESSEL,

    Defendant.

_____/

**ORDER**

Pursuant to Rule 55(b), Federal Rules of Civil Procedure, the plaintiff moves (Doc. 23) for a default judgment awarding the plaintiff title to "all artifacts Odyssey has recovered or may recover" from the defendant submerged wreck, "tentatively identified . . . as *Le Marquis Tournay*, a vessel of French origin awarded as a prize by the British Admiralty to certain British privateers in 1748." The complaint specifies the location of the wreck as "within a 5 mile radius of the center point coordinates: to be provided to the Court under seal at the Court's request." However, the plaintiff neither provides the center point coordinates nor moves to submit the coordinates under seal. See Local Rule 1.09 ("Filing Under Seal"). The plaintiff's motion (Doc. 23) for default judgment is **DENIED WITHOUT PREJUDICE** to a renewed motion that adequately specifies the location of the wreck.

ORDERED in Tampa, Florida, on December 30, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE