UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 8:05-CR-515-T-24TGW

KENNETH SHORT
_____/

ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT

The Defendant, Kenneth Short, entered a plea of guilty to Counts One, Two, Four and Five of the Indictment before Magistrate Judge Thomas G. Wilson on April 12th, 2006. The Magistrate Judge issued a Report and Recommendation in which he recommended the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant Kenneth Short be adjudicated guilty.

3. That sentencing be scheduled for **Thursday, July 20th, 2006, at 8:30 a.m. Counsel are reminded of requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE and ORDERED** at Tampa, Florida this ___12th___ day of April, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Patricia Kerwin, AUSA
John Liguori, Esq.
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service